IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LARRIANTE JALAPENO SUMBRY, | : | |
| Petitioner | : | |
| v. | : | Civil No. RDB-07-696 |
| WARDEN | : | |
| Respondents | : | |

**MEMORANDUM**

Before the Court is a pro se Petition for Writ of Habeas Corpus filed by Larriante Jalapeno Sumbry, an inmate at Indiana State Prison in Indiana. The Court will dismiss the Petition without prejudice for lack of jurisdiction.

Preliminarily, the Court notes the penmanship on the Petition is virtually impossible to read. Further, the few legible portions of the Petition are largely incomprehensible. As best as the Court can discern, Petitioner is challenging an Indiana state court a judgment entered against him. Sumbry neither asserts, nor do court records show, that he has ever been convicted in this judicial district or has other matters pending here.[1] Sumbry provides no reason why he believes that this Court has jurisdiction to consider his claims. Accordingly, the Court will dismiss the Petition without prejudice. A separate Order consistent with this Memorandum follows.

March 30, 2007                                                         /s/

                                                                        _____
                                                                        RICHARD D. BENNETT
                                                                        UNITED STATES DISTRICT JUDGE

---

[1] On August 11, 2004, this Court transferred a previous habeas corpus petition filed by Sumbry to the United States District Court for the Northern District of Indiana. *See Sumbrey v. Davis*, Civil Action No. RDB-04-2595.